DYLAN-LEE SCOTT GREENROAD
15 TUCKER LN
LUMBERTON, MS 39455

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AIDVANTAGE
PO BOX 300001
GREENVILLE, TX 75403

AIDVANTAGE
PO BOX 30000
PO BOX 300001
GREENVILLE, TX 75403

CHAMPION MORTGAGE
PO BOX 619098
DALLAS, TX 75261

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

DISCOVERCAP1
PO BOX 31293
SALT LAKE CITY, UT 84131

HANCOCK WHITNEY
PO BOX 211269
MONTGOMERY, AL 36121

HIGHLAND COMMUNITY HOS
P.O. BOX 909
PICAYUNE, MS 39466

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

KOALAFI
ATTN: BANKRUPTCY
PO BOX 5518
GLEN ALLEN, VA 23058

LAUREN CHEVIS
207 ALYCE PL
LONG BEACH, MS 39560

MELINDA GREENROAD
117 EMILE DAVIS RD
POPLARVILLE, MS 39470

U.S. DEPARTMENT OF ED
ATTN: BANKRUPTCY
400 MARYLAND AVENUE
WASHINGTON, DC 20202

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232