**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: DYLAN-LEE SCOTT GREENROAD, Debtor(s)**

**CASE NO. 26-51500-KMS**
**CHAPTER 7**

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Before this Court comes Foundation Legal Group, LLP, who states that its legal services have been retained on behalf of M & T Bank, and Foundation Legal Group, LLP, enters its appearance as counsel of record and requests notice of all motions and pleadings filed in this action.

Respectfully Submitted,
FOUNDATION LEGAL GROUP, LLP

*/s/ Kathryn Lachowsky-Khan*

Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

400 W. Capitol Ave., Suite 1400
Little Rock, AR 72201
(866) 501-9462
Fax (501) 219-9458
joel.giddens@thefoundationlegalgroup.com.com
kate.lachowsky@thefoundationlegalgroup.com
heather.martin-herron@thefoundationlegalgroup.com
Counsel for M & T Bank

**CERTIFICATE OF SERVICE**

On October 9, 2026, a copy of the foregoing Notice was served electronically through the electronic case filing system (ECF) upon Counsel for Debtor(s) and the Case Trustee.

*/s/ Kathryn Lachowsky-Khan*

Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)