**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: DYLAN-LEE SCOTT GREENROAD, DEBTOR**

**CASE NO. 26-51500-KMS**

**CHAPTER 7**

## Corporate Ownership Statement

**Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, LAKEVIEW LOAN SERVICING, LLC, a**

**[Check One]**

☒ **Party to a contested matter Miss. Bankr. LR. 9014-1(c)**
☐ **Corporate Debtor FRBP 1007(a)(1)**
☐ **Corporate Petitioner of an involuntary petition FRBP 1010(b)**
☐ **Alleged Corporate Debtor FRBP 1011(f)**

**make the following disclosure(s):**

☒ **The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:**

Lakeview Loan Servicing, LLC is a Delaware limited liability company and its principal place of business is 4425 Ponce De Leon Boulevard, MS 5-251, Coral Gables, Florida 33146. Its sole member is Bayview MSR Opportunity Corp., a Delaware corporation also with its principal place of business at 4425 Ponce De Leon Boulevard, 4th Floor, Coral Gables, Florida 33146.

**OR**

☐ **There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.**

**Date:** 10/14/2026

*/s/ Heather Martin-Herron*
**Attorney Signature**

Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)
FOUNDATION LEGAL GROUP, LLP
400 W. Capitol Ave., Suite 1400
Little Rock, AR 72201
(866) 501-9462
joel.giddens@thefoundationlegalgroup.com
kate.lachowsky@thefoundationlegalgroup.com
heather.martin-herron@thefoundationlegalgroup.com

**Pursuant to Miss. Bankr. LR. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 applies to general partnerships, limited partnerships, joint ventures, and limited liability companies.**