FOUNDATION
LEGAL GROUP

LITTLE ROCK AR 72[illegible]
16 OCT 2026 AM 4 [illegible]

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 72201 $ 000.78⁰
02 7W
0008031069 AUG 20 2026

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

OCT 19 2026

Danny L. Miller, Clerk of Court
By:__________, Deputy Clerk

...CREENED ...
US MA...SHA...

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

39501-203669

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

**IN RE: DYLAN-LEE SCOTT GREENROAD, Debtor** — **CASE NO. 26-51500-KMS CHAPTER 7**

**M & T BANK AS SERVICER FOR LAKEVIEW LOAN SERVICING, LLC** — **MOVANT**

**VS.**

**DYLAN-LEE SCOTT GREENROAD; DEBTOR and ZACHARY S WESSLER, SR, TRUSTEE** — **RESPONDENTS**

**MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**

Comes now M & T Bank as servicer for Lakeview Loan Servicing, LLC (hereinafter "Movant") by and through its attorneys, and for its Motion against Dylan-Lee Scott Greenroad, the debtor herein, states the following:

1. Movant is the servicer of the Deed of Trust (hereinafter "security instrument") executed by Dylan-Lee Scott Greenroad and Lauren Chevis, and note executed by Dylan-Lee Scott Greenroad, on August 10, 2022, securing payment to United Wholesale Mortgage, LLC in the principal sum of $137,464.00. This security instrument encumbers the real property located at 146 Beach Rd, Purvis, MS 39475, more particularly described as follows:

> That part of the Northwest 1/4 of Northeast 1/4 of Section 21, Township 2 North, Range 15 West, Lamar County, Mississippi, lying South of the centerline of the public road (Branch Road) together will all Improvements thereon and appurtenances thereunto belonging.
>
> Together with the following mobile home: Buccaneer double wide mobile home bearing serial # ALBUS13870AB, 28'X48'
>
> Copies of the security instrument and note are attached hereto and incorporated herein.

2. M&T Bank services the loan on the property referenced in the Motion for Relief. In the event the automatic stay in this case dismisses, and/or the debtor obtains a discharge and a



foreclosure action is commenced on the mortgage property, the foreclosure will be conducted in the name of Lakeview Loan Servicing, LLC, "Noteholder." Noteholder, directly or through an agent, has possession of the promissory note. The promissory note is either made payable to Noteholder or has been duly endorsed. Noteholder is the original mortgage or beneficiary or the assignee of the security instrument for the referenced loan. The subject loan is currently in default under said security instrument and note based on a failure to make the full regular monthly installment payments thereon.

3. The total amount due on the subject loan as of October 5, 2026, was $176,425.26, which includes principal and interest at the rate of 5.00% per annum along with applicable late charges and other recoverable amounts. Movant may also be entitled to reasonable attorney's fees and costs associated with filing this motion as set forth in the security instrument. As of October 5, 2026, the note and security instrument are in arrears for the installment due on December 1, 2024, and for each subsequent monthly installment due thereafter.

4. Movant is entitled to relief from the automatic stay provisions of 11 U.S.C. § 362(a) and is entitled to have the Trustee abandon its interest in and to the collateral, but not to any excess proceeds from any foreclosure proceeding, pursuant to the provisions of 11 U.S.C. §554.

5. Movant would allege and aver that this is a core proceeding pursuant to the provisions of 28 U.S.C. § 157(b)(2) and the Bankruptcy Rules.

6. This failure constitutes a material default, which entitles Movant to relief pursuant to 11 U.S.C. §362(d)(1) for cause.

7. Movant requests that Rule 4001(a)(4) not apply to this Motion, thus permitting it to immediately enforce and implement an order granting relief from the automatic stay.

WHEREFORE, Movant prays that it be granted relief from the automatic stay; that it be allowed to initiate foreclosure proceedings against the real property securing the security instrument and note; for its costs and attorney's fees herein; and for all other just and proper relief.

Respectfully Submitted,

FOUNDATION LEGAL GROUP, LLP

*/s/ Heather Martin-Herron*

Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

400 W. Capitol Ave., Suite 1400
Little Rock, AR 72201
(866) 501-9462
Fax (501) 219-9458
joel.giddens@thefoundationlegalgroup.com.com
kate.lachowsky@thefoundationlegalgroup.com
heather.martin-
herron@thefoundationlegalgroup.com

Counsel for M & T Bank as servicer for
Laksview Loan Servicing, LLC



**CERTIFICATE OF SERVICE**

On October 14, 2026, copies of the foregoing Motion were served electronically through the electronic case filing system (ECF) or by United States Mail, postage prepaid, upon the creditors in the attached creditor matrix along with the following parties:

Thomas Carl Rollins, Jr. (ECF)
Attorney at Law
PO Box 13767
Jackson, MS 39236

Zachary S Wessler, Sr (ECF)
Trustee
1806 23rd Avenue, Suite A
Gulfport, MS 39501

And served via U.S. Mail upon: October 15, 2026
Dylan-Lee Scott Greenroad (U.S. Mail)
Debtor
15 Tucker Ln
Lumberton, MS 39455

United States Trustee (ECF)

*/s/ Heather Martin-Herron*

Joel W. Giddens (105450)
Kathryn Lachowsky-Khan (105769)
Heather Martin-Herron (105772)

FLG No. 362263